IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          )
*ex rel.* AUGUST W. ARNOLD,        )
        Plaintiff,                 )
                                   )
        v.                         )    Civil Action No.  03-1580
                                   )
CMC ENGINEERING, et al.            )
        Defendants.                )

AMENDED ORDER

AND NOW, this 6th day of February, 2007, IT IS HEREBY
ORDERED that defendants' motions to dismiss [doc. nos. 160,
162, 163, 165, 167, 170, and 173] are GRANTED.  Relator's
Complaint is dismissed with prejudice.

Defendant's motion to dismiss [doc. no. 169] is deemed
MOOT.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

_____ J.

cc:   All Counsel of Record