IN THE UNITED STATES COURT DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF TRANSPORTATION, ex rel. AUGUST W. ARNOLD, an individual, | ) ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 03-1580 |
| v. | ) ) | Hon. Gary L. Lancaster |
| CMC ENGINEERING, et al., | ) ) ) | |
| Defendants | ) | |

**ORDER**

AND NOW, to-wit, this  27  day of  July , 2009, upon consideration of Plaintiff's Motion seeking leave to file a Third Amended Complaint and a stay with respect to the pending Motion To Dismiss (Docket Document 202) of Defendant Erdman Anthony, Associates, Inc., it is hereby ordered and decreed that said Motion be **GRANTED.** Pursuant to this Order, Plaintiff shall file his Third Amended Complaint on or before August 31, 2009.

It is further ordered that, in lieu of a stay of the pending Motion To Dismiss (Docket Document 202) filed by Defendant Erdman Anthony, Associates, Inc., the motion is denied without prejudice to re-file the motion following the filing of Plaintiff's Third Amended Complaint.

U.S. District Court