```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA


THE UNITED STATES DEPARTMENT OF  )
TRANSPORTATION, EX REL. AGUSUT   )
W. ARNOLD,                       )
        Plaintiff,               )
                                 )
        v.                       ) Civil Action No. 03-1580
                                 )
CMC ENGINEERING, ET AL.,         )
        Defendants.              )
```

ORDER

AND NOW, this 6th day of October, 2009, IT IS HEREBY ORDERED that a status conference in the instant case will be held before the undersigned on November 6, 2009 at 3 p.m. in Suite 3250, 3rd floor, U.S. Courthouse.  All counsel shall bring their calendars to the conference for scheduling purposes.  The parties should be prepared to discuss settlement.

                              BY THE COURT:


                              s/Gary L. Lancaster
                              Gary L. Lancaster,
                              Chief United States District Judge

cc:    all parties of record