IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES DEPARTMENT OF TRANSPORTATION, ex rel. AUGUST W. ARNOLD, an individual,<br><br>                                                  Plaintiff,<br><br>v.<br><br>AWK CONSULTING ENGINEERS, INC., CMC ENGINEERING, CONSTRUCTION AND CONSULTING SERVICES, INC., DMJM & HARRIS, ERDMAN ANTHONY, ASSOCIATES, INC., GAI CONSULTANTS, INC., GANNETT-FLEMING, INC., K.B.A. ENGINEERING, P.C., L. ROBERT KIMBALL & ASSOCIATES, M.A. BEECH, MACKIN ENGINEERING, MAGUIRE GROUP, MCTISH, KUNKEL & ASSOCIATES, MICHAEL BAKER JR., INC., PARSONS, BRINKERHOFF, QUALITY ENGINEERING SOLUTIONS, SAI CONSULTING ENGINEERS, INC., SITE-BLAUVET ENGINEERS, INC., T.W. CONSULTANTS, INC., TRUMBULL CORPORATION, URBAN ENGINEERS, INC., VE ENGINEERING, INC.,<br><br>                                                  Defendants. | No. 03-1580 |

**ORDER**

AND NOW this 6th day of May, 2009, and upon the presentation of DEFENDANT, SAI CONSULTING ENGINEERS, INC.'S MOTION TO JOIN IN MOTIONS TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT filed by DEFENDANT, MICHAEL BAKER, JR., INC. AND DEFENDANT L. ROBERT KIMBALL & ASSOCIATES, INC., said Motion is hereby GRANTED.

_____ J.