833306.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES DEPARTMENT OF TRANSPORTATION, ex rel, AUGUST W. ARNOLD, an individual, <br><br> Relator, <br><br> vs. <br><br> CMC ENGINEERING, ERDMAN ANTHONY, ASSOCIATES, INC., L. ROBERT KIMBALL & ASSOCIATES, M.A. BEECH, MACKIN ENGINEERING, MCTISH, KUNKEL & ASSOCIATES, MICHAEL BAKER JR., INC., SAI CONSULTING ENGINEERS, INC., VE ENGINEERING, INC, <br><br> Defendants. | ) Civil Action No. 03-1580 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Hon. Gary L. Lancaster |

## ORDER OF COURT

AND NOW, to-wit, this 5th day of May, 2010, and upon the presentation of DEFENDANT, M.A. BEECH'S, MOTION TO JOIN IN REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT filed by DEFENDANT, MICHAEL BAKER, JR., INC. AND DEFENDANT L. ROBERT KIMBALL & ASSOCIATES, INC., said Motion is hereby GRANTED.

_____
United States District Judge