IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES DEPARTMENT OF TRANSPORTATION, ex rel. AUGUST W. ARNOLD, an individual | : CIVIL ACTION NO. 03-1580 |
| Plaintiff | |
| v. | : FILED ELECTRONICALLY |
| CMC ENGINEERING CONSTRUCTION AND CONSULTING SERVICES, INC., ERDMAN ANTHONY, ASSOCIATES, INC., L. ROBERT KIMBALL & ASSOCIATES, M.A. BEECH CORPORATION, MACKIN ENGINEERING, MCTISH, KUNKEL & ASSOCIATES, MICHAEL BAKER JR., INC., SAI CONSULTING ENGINEERS, INC., VE ENGINEERING, INC., | |
| Defendants | : Honorable Gary L. Lancaster |

## ORDER

AND NOW, this 21 day of May 2010, and upon consideration of the uncontested Motion of Defendant, VE Engineering, Inc., to join in the Briefs and Reply Briefs filed and to be filed by the other moving Defendants in support of their respective Motions to Dismiss Plaintiff's Third Amended Complaint, such Motion is hereby **GRANTED**.

BY THE COURT:

_____
Gary L. Lancaster
Chief United States District Judge

cc: All parties of record