# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES DEPARTMENT OF TRANSPORTATION, ex rel. AUGUST W. ARNOLD, an individual, ) ) ) | No. 03-1580 |
| Plaintiff, ) ) ) | The Honorable Gary L. Lancaster |
| v. ) ) | |
| CMC ENGINEERING, ERDMAN ANTHONY ASSOCIATES, INC., L. ROBERT KIMBALL & ASSOCIATES, M.A. BEECH, MACKIN ENGINEERING, MCTISH, KUNKEL & ASSOCIATES, MICHAEL BAKER, JR., INC., SAI CONSULTING ENGINEERS, INC., and VE ENGINEERING, INC., ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## DEFENDANT MICHAEL BAKER JR., INC.'S MOTION FOR RECONSIDERATION OF THIS COURT'S SEPTEMBER 28, 2010 MEMORANDUM DECISION AND ORDER DENYING BAKER'S MOTION TO DISMISS

Defendant Michael Baker, Jr., Inc. ("Baker"), by and through its undersigned counsel, hereby moves this Court to reconsider its September 28, 2010 Memorandum Decision and Order (Doc. 299) denying Baker's motion to dismiss Relator August W. Arnold's Third Amended Complaint (Doc. 210) under Fed. R. Civ. P. 9(b) and 12(b)(6). (Doc. 245). The grounds for this Motion are set forth in the accompanying Memorandum of Law, which Baker incorporates herein by reference as if set forth in full.

A proposed Order for consideration by this Court is submitted with this Motion.

AND NOW, THIS 29th DAY OF Oct, 10, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

_____
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE