# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES DEPARTMENT OF ) 
TRANSPORTATION, ex rel. AUGUST W. ARNOLD, ) 
an individual, ) 
 ) 
      Plaintiff, ) Case No. 03-1580 
 ) 
v. ) 
 ) 
CMC ENGINEERING, ERDMAN ANTHONY ) The Honorable Gary L. Lancaster 
ASSOCIATES, INC., L. ROBERT KIMBALL & ) 
ASSOCIATES, M.A. BEECH, MACKIN ) **ELECTRONICALLY FILED** 
ENGINEERING, MCTISH, KUNKEL & ) 
ASSOCIATES, MICHAEL BAKER, JR., INC., SAI ) 
CONSULTING ENGINEERS, INC., and VE ) 
ENGINEERING, INC., ) 
 ) 
      Defendants. ) 

## ORDER OF COURT

AND NOW, to wit, this ___4___ day of __April__, 2011, upon consideration of the foregoing DEFENDANTS' JOINT MOTION TO RESUME AND COMPLETE DEPOSITION OF RELATOR, AUGUST W. ARNOLD, PURSUANT TO UNOBJECTED TO NOTICE OF DEPOSITION, it is hereby ORDERED that Relator August W. Arnold must return to the offices of Reed Smith LLP, 225 Fifth Avenue, Pittsburgh, Pennsylvania 15222, within three business days of this Order, and submit himself to oral examination by counsel for Defendants. It is FURTHER ORDERED that Relator August W. Arnold shall return to the offices of Reed Smith LLP each business day thereafter until he has provided counsel for Defendants with up to thirty hours of additional deposition testimony.

_____
The Honorable Gary L. Lancaster