IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES DEPARTMENT OF TRANSPORTATION, ex rel. AUGUST W. ARNOLD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CMC ENGINEERING, ERDMAN ANTHONY ASSOCIATES, INC., L. ROBERT KIMBALL & ASSOCIATES, M.A. BEECH, MACKIN ENGINEERING, MCTISH, KUNKEL & ASSOCIATES, MICHAEL BAKER JR., INC., SAI CONSULTING ENGINEERS, INC., and VE ENGINEERING, INC., <br><br> Defendants. | Case No. 03-1580 <br><br> The Honorable Gary L. Lancaster <br><br> **ELECTRONICALLY FILED** |

## ORDER
## RESOLVING OUTSTANDING DISCOVERY ISSUES BETWEEN PLAINTIFF AND CMC ENGINEERING
## (DEFENDANT CMC ENGINEERING)

1. Plaintiff's Motion to Compel Defendant CMC Engineering, Inc.'s Production of Documents within the Western District of Pennsylvania, rather than at CMC Engineering's offices or the office of CMC Engineering's counsel's King of Prussia, Pennsylvania, office is hereby **GRANTED UPON THE CONDITION THAT PLAINTIFF PAY ONE-HALF OF THE COSTS TO TRANSPORT THE DOCUMENTS TO AND FROM CMC ENGINEERING'S PRINCIPAL PLACE OF BUSINESS AND THE WESTERN DISTRICT FOR INSPECTION AND COPYING.** [To the extent Plaintiff's or CMC Engineering's Motions are in conflict, they are hereby **DENIED**.]

IT IS ORDERED.

5/13/11
Date

U.S. District Judge

#1035793v1 3239-26