IN THE UNITED STATES COURT DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF TRANSPORTATION, ex rel. AUGUST W. ARNOLD, an individual, | ) ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 03-1580 |
| v. | ) ) | Hon. Gary L. Lancaster |
| CMC ENGINEERING, et al., | ) ) ) | |
| Defendants | ) | |

### ORDER

AND NOW, to-wit, this 8th day of June, 2011, upon consideration of Relator's Motion To Stay Extension Of Discovery Due To Medical Emergency, and his apparent inability to participate in the discovery process during his recovery from surgery and subsequent rehabilitation, it is hereby ordered and decreed that said Motion be **GRANTED**. Pursuant to this Order, discovery is stayed until July 20, 2011. Following the expiration of the discovery stay, the parties shall be permitted to engage in and complete discovery until September 20, 2011. The Post Discovery Status Conference will now be held September 30, 2011 at 1:30 PM.

_____
United States District Court