IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. AUGUST W. ARNOLD, ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NO. 03-1580 |
| v. ) ) | HON. GARY L. LANCASTER |
| CMC ENGINEERING, *et al.*, ) ) | ELECTRONICALLY FILED |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, to-wit, this ___9th___ day of January, 2012, after consideration of the foregoing Motion for Filing of Stipulation of Dismissal, it is hereby ORDERED that said Motion is GRANTED, and all claims against Michael Baker Jr., Inc., are hereby DISMISSED WITH PREJUDICE. Defendant Michael Baker Jr., Inc. is hereby DISMISSED from this action.

BY THE COURT:

_____
Gary L. Lancaster, C.J.

US_ACTIVE-108227461.1