IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES DEPARTMENT OF )
TRANSPORTATION, EX REL. AGUSUT )
W. ARNOLD, )
        Plaintiff, )
         )
        v. ) Civil Action No. 03-1580
         )
CMC ENGINEERING, ET AL., )
        Defendants. )

ORDER

AND NOW, this 7th day of May, 2012, the Court having

received defendant Mackin Engineering's Consent Motion to Extend

Stay [document #407], IT IS HEREBY ORDERED that the motion is

GRANTED and the parties shall proceed as follows:

> 1) Case shall be held in abeyance until <u>July 9, 2012</u>,
> to allow parties to discuss, and complete, any selected
> Alternate Dispute Resolution process.

> 2) Any motion for summary judgment, brief in support
> and all supporting documents, shall now be filed on or
> before <u>October 8, 2012.</u>

> 3) Responses to any such motion, brief in support, and
> all supporting documents, shall now be due on or before
> <u>November 7, 2012.</u>

> 4) Any reply to a response to a motion for summary
> judgment, shall now be due on or before <u>November 26,
> 2012.</u> THERE SHALL BE NO OTHER BRIEFING UNLESS ORDERED
> BY THE COURT.

5) Following the disposition of any summary judgment motions, the Court will convene a status conference to establish any further deadlines, as deemed appropriate.

BY THE COURT:

Gary L. Lancaster,
Chief United States District Judge

cc:   All Counsel of Record