IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES DEPARTMENT OF TRANSPORTATION, EX REL. AGUSUT W. ARNOLD, <br>     Plaintiff, <br><br> v. <br><br> CMC ENGINEERING, ET AL., <br>     Defendants. | Civil Action No. 03-1580 |

ORDER

AND NOW, this 7th day of May, 2012, the Court having received defendant Mackin Engineering's Consent Motion to Extend Stay [document #407], IT IS HEREBY ORDERED that the motion is GRANTED and the parties shall proceed as follows:

    1) Case shall be held in abeyance until <u>July 9, 2012</u>, to allow parties to discuss, and complete, any selected Alternate Dispute Resolution process.

    2) Any motion for summary judgment, brief in support and all supporting documents, shall now be filed on or before <u>October 8, 2012.</u>

    3) Responses to any such motion, brief in support, and all supporting documents, shall now be due on or before <u>November 7, 2012.</u>

    4) Any reply to a response to a motion for summary judgment, shall now be due on or before <u>November 26, 2012</u>. THERE SHALL BE NO OTHER BRIEFING UNLESS ORDERED BY THE COURT.

5) Following the disposition of any summary judgment motions, the Court will convene a status conference to establish any further deadlines, as deemed appropriate.

BY THE COURT:

/s/ Gary L. Lancaster
Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record