IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. AUGUST W. ARNOLD, <br><br> Plaintiff, <br><br> v. <br><br> CMC ENGINEERING, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 03-1580 <br><br> HON. GARY L. LANCASTER <br><br> ELECTRONICALLY FILED |

## ORDER

AND NOW, this 28th day of Sept, 2012, there being an agreement between the Relator, August W. Arnold, and Defendants Mackin Engineering and SAI Consulting Engineers, Inc., to settle this litigation, in part, that is as to these Defendants only, and the United States having agreed to that settlement,

IT IS HEREBY ORDERED that the above settlement is approved, and the Joint Stipulation of Dismissal, in part as to Defendants Mackin Engineering and SAI Consulting Engineers, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, is hereby granted, with notice by the Clerk being hereby waived.

CHIEF UNITED STATES DISTRICT JUDGE