IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. AUGUST W. ARNOLD, <br><br> Plaintiff, <br><br> v. <br><br> CMC ENGINEERING, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 03-1580 <br><br> HON. GARY L. LANCASTER <br><br> ELECTRONICALLY FILED |

## ORDER

AND NOW, this 25th day of Sept, 2012, there being an agreement between the Relator, August W. Arnold, and Defendant M. A. Beech Corporation, to settle this litigation, in part, that is as to this Defendant only, and the United States having agreed to that settlement,

IT IS HEREBY ORDERED that the above settlement is approved, and the Joint Stipulation of Dismissal, in part as to Defendant M. A. Beech Corporation, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, is hereby granted, with notice by the Clerk being hereby waived.

_____
CHIEF UNITED STATES DISTRICT JUDGE