IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES DEPARTMENT OF TRANSPORTATION, ex rel. AUGUST W. ARNOLD,<br><br>      Plaintiffs,<br><br>  v.<br><br>CMC ENGINEERING, et al.,<br><br>      Defendants. | Civil Action No. 03-1580 |

ORDER

AND NOW, this 17 day of December, 2012, upon consideration of defendant CMC Engineering's Motion In Limine to Limit the Persons about Whom any Claims Can be Pursued that CMC Engineering Made False Claims [document #399], IT IS HEREBY that said Motion is DENIED, without prejudice to CMC Engineering's right to raise this issue following a disposition of defendant's pending summary judgment motion and the issuance of a final case management order.

BY THE COURT:

_____, C.J.

cc: All Counsel of Record