IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES DEPARTMENT OF )
TRANSPORTATION, ex rel. )
AUGUST W. ARNOLD, )
 )
          Plaintiffs, )
 ) Civil Action No. 03-1580
     v. )
 )
CMC ENGINEERING, et al., )
 )
          Defendants. )

ORDER

AND NOW, this $\underline{17}$ day of December, 2012, upon consideration
of defendant CMC Engineering's Motion In Limine to Limit the
Persons about Whom any Claims Can be Pursued that CMC
Engineering Made False Claims [document #399], IT IS HEREBY
that said Motion is DENIED, without prejudice to CMC
Engineering's right to raise this issue following a disposition
of defendant's pending summary judgment motion and the issuance
of a final case management order.

BY THE COURT,

_____, C.J.

cc:  All Counsel of Record